[No. 8657-0-I.   Division One.   February 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROYAL
FRANCOIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-01171-8, Norman W. Quinn, J., entered
March 6, 1980. *Affirmed* by unpublished opinion per Ring-
old, J., concurred in by Andersen, C.J., and Durham, J.

[No. 8656-1-I.   Division One.   February 22, 1982.]

*In the Matter of the Marriage of* SHEILA JOY
BURNS, *Appellant, and* RODNEY BURNS,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-95361, Charles R. Denney, J. Pro Tem.,
entered March 10, 1980. *Affirmed in part* and *reversed in
part* by unpublished opinion per Andersen, C.J., concurred
in by James and Ringold, JJ.

[No. 9742-3-I.   Division One.   February 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLEM J.
FOIDART, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80-1-00166-6, Marshall Forrest, J.,
entered December 19, 1980. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Callow and Corbett,
JJ.